IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 09-0535-TUC-CKJ |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **ORDER** |
| MARIO ORTEGA, JR., DIANE DOLORES GARRETT, OCTAVIO ORTEGA, and SANTIAGO F. HERNANDEZ, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

On June 29, 2009, Magistrate Judge Charles R. Pyle issued a Report and Recommendation [Doc. #81] in which he recommended that Defendant Garrett's Motion to Dismiss Count 1 and Motion to Suppress Evidence [Doc. #43] be denied. Magistrate Judge Pyle also recommended that Defendant Garrett's Motion to Sever [Doc. #44] be dismissed without prejudice, and her Motion for a *James* Hearing [Doc. #45] be denied. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. #81] is ADOPTED;

2. Defendant Garrett's Motion to Dismiss Count 1 and Motion to Suppress Evidence [Doc. #43] is DENIED;

3. Defendant Garrett's Motion to Sever [Doc. #44] is DISMISSED WITHOUT PREJUDICE; and

4. Defendant Garrett's Motion for a *James* Hearing [Doc. #45] is DENIED.

DATED this 30th day of July, 2009.

_____
Cindy K. Jorgenson
United States District Judge